# Notice Recipients

District/Off: 0971–3     User: admin     Date Created: 10/9/2025
Case: 25–03055     Form ID: ODSCY     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Gary D. Underdahl     gunderdahl@askllp.com

                                                                                             TOTAL: 1