# Notice Recipients

District/Off: 0971−3          User: admin          Date Created: 10/9/2025
Case: 25−03055               Form ID: NTCPLA      Total: 1

**Recipients of Notice of Electronic Filing:**

aty          Gary D. Underdahl          gunderdahl@askllp.com

TOTAL: 1