Form SUM

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:<br>Shift Technologies, Inc. Debtor(s) | Bankruptcy Case No.: 23−30687<br>Chapter: 11 |
| Arch & Beam Global LLC Plaintiff(s)<br>vs.<br>Lithia Motors, Inc. Defendant(s) | Adversary Proceeding No. 25−03055 |

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days, unless otherwise ordered by the Court.

> **Mailing Address:**
> U.S. Bankruptcy Court
> 450 Golden Gate Avenue
> Mail Box 36099
> San Francisco, CA 94102

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

### Name and Address of plaintiff's attorney

> Gary D. Underdahl
> ASK LLP
> 2600 Eagan Woods Dr. #400
> St. Paul, MN 55121

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference in the adversary proceeding commenced by filing of the complaint will be held at the following time and place.

| | |
|---|---|
| **DATE:** January 8, 2026 | **TIME:** 02:00 PM |
| **LOCATION:** U.S. Bankruptcy Court, 450 Golden Gate Ave. 16th Floor, Courtroom 19, San Francisco, CA 94102 or by Zoom. | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.**



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Dated: 10/9/25

Monica Tartaglia

Deputy Clerk

# CERTIFICATE OF SERVICE

I, Jennifer Hepola, certify that service of this summons, a copy of the complaint, a Notice and an Order Re Initial Disclosures and Discovery Conference was made on October 14, 2025, by:

☒ Mail Service: By Regular, first class United States mail, and postage fully pre-paid, addressed to:

Registered Agent for Defendant [via Regular Mail]
National Registered Agents, Inc.
780 Commercial Street SE
Suite 100
Salem, Oregon 97301

Defendant [via Regular Mail]
Bryan B. Deboer, President
Lithia Motors, Inc.
150 N. Bartlett Street
Medford, Oregon 97501

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the forgoing is true and correct.

Date: October 14, 2025            Signature: /s/ Jennifer Hepola
     Date

                Print Name:     Jennifer Hepola
                Business Address:  2600 Eagan Woods Drive, Suite 400
                                    St. Paul, Minnesota 55121

No: 2283039 Stat: - Answ: /*